IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JEFFERY HUGHES,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV600-125

IRWIN SAFER, Psychiatrist,

    Defendant.

## ORDER

As this case was closed by Order dated August 22, 2002, Plaintiff's "Petition for Copy of Records" (Doc. 87) is **DISMISSED**.

**SO ORDERED**, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 6:00-cv-00125
Date Served: May 4, 2005
Served By:

Attorneys Served:

    Jeffery Hughes
    William Pierce Franklin Jr., Esq.
    Patricia T. Paul, Esq.

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate