IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JEFFERY HUGHES,

    Plaintiff,

vs.    :    CIVIL ACTION NO.: CV600-125

IRWIN SAFER, Psychiatrist,

    Defendant.

### ORDER

Plaintiff has filed a "Motion for Reconsideration." The motion is nothing more than nonsensical rambling prose. Plaintiff's motion is **DISMISSED**.

**SO ORDERED**, this 6th day of July, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)